1  Cliff Cantor
   Law Offices of Clifford A. Cantor, P.C.
2  627 208th Ave. SE
   Sammamish, WA 98074
3  425-868-7813

4

5                    **UNITED STATES DISTRICT COURT**

6                    **EASTERN DISTRICT OF WASHINGTON**

7                                **AT RICHLAND**

8

9  PATRICK DUFFY, Individually and
   On Behalf of All Others Similarly
10 Situated,

11                          Plaintiff,        **Case No. 4:15-cv-5046**

12            v.                              **MOTION FOR ADMISSION,**
                                              ***PRO HAC VICE***
13 ISORAY, INC., DWIGHT
14 BABCOCK, and BRIEN RAGLE,
                                              7/6/2015
15                          Defendants.       Without Oral Argument

16

17      I, C. Dov Berger, hereby move this Court to appear *pro hac vice* for Plaintiff,

18 Patrick Duffy, in the above-referenced action. My address is Pomerantz LLP, 600

19 Third Avenue, 20th Floor, New York, New York 10016. My phone number is 212-

20 661-1100. I was admitted to practice in the Supreme Court for the State of New

21
                                              1
   MOTION FOR ADMISSION, *PRO HAC VICE*
   Case No. 4:15-cv-5046

1   York, Second Judicial Department on October 8, 2014. I will be associated with

2   Cliff Cantor, Esq., Law Offices of Clifford A. Cantor, P.C., 627 208th Avenue

3   Southeast, Sammamish, Washington 98074, Phone: 425-868-7813. My appearance

4   is necessary because of my knowledge of the facts and law in this case. I have no

5   pending disciplinary sanction actions in any Court or Bar Association. I have never

6   been subject to any disciplinary sanctions by any Court or Bar Association.

7

8   Dated: June 5, 2015                          Respectfully submitted,
    New York, New York
9
                                                 *s/ C. Dov Berger*
10                                               C. Dov Berger
                                                 POMERANTZ LLP
11                                               600 Third Avenue, 20th Floor
                                                 New York, New York 10016
12                                               Phone: 212-661-1100
                                                 Fax: 212-661-8665
13                                               Email: cdberger@pomlaw.com

14

15

16

17

18

19

20

21

2

MOTION FOR ADMISSION, *PRO HAC VICE*
Case No. 4:15-cv-5046

Cliff Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
425-868-7813

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

# AT RICHLAND

| | |
|---|---|
| PATRICK DUFFY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISORAY, INC., DWIGHT BABCOCK, and BRIEN RAGLE,<br><br>　　　　　　　　Defendants. | **Case No. 4:15-cv-5046**<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on June 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I hereby certify that I caused the foregoing document to be served by United States Postal Service first class mail, postage prepaid, to the following non-CM/ECF participants:

CERTIFICATE OF SERVICE
Case No. 4:15-cv-5046

1

1  IsoRay, Inc.
   c/o Its Registered Agent, Dwight Babcock
2  350 Hills St #106
   Richland, WA 99354
3
   Dwight Babcock
4  350 Hills St #106
   Richland, WA 99354
5
   Brien Ragle
6  350 Hills St #106
   Richland, WA 99354
7

8

9  Dated: June 5, 2015                    Respectfully submitted,
   Sammamish, Washington
10
                                          *s/ Cliff Cantor*
11                                        Cliff Cantor
                                          Law Offices of Clifford A. Cantor, P.C.
12                                        627 208th Ave. SE
                                          Sammamish, WA 98074
13                                        425-868-7813
                                          Email: cliff.cantor@outlook.com
14

15

16

17

18

19

20

21
                                          2
   CERTIFICATE OF SERVICE
   Case No. 4:15-cv-5046