1  Cliff Cantor
   Law Offices of Clifford A. Cantor, P.C.
2  627 208th Ave. SE
   Sammamish, WA 98074
3  425-868-7813

4

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF WASHINGTON**

7                        **AT RICHLAND**

8

9  PATRICK DUFFY, Individually and
   On Behalf of All Others Similarly
10 Situated,

11                           Plaintiff,        **Case No. 4:15-cv-5046**

12              v.                             **MOTION FOR ADMISSION,**
                                               ***PRO HAC VICE***
13
   ISORAY, INC., DWIGHT
14 BABCOCK, and BRIEN RAGLE,                   7/6/2015

15                          Defendants.         Without Oral Argument

16

17     I, Jeremy A. Lieberman, hereby move this Court to appear pro hac vice for

18 Plaintiff, Patrick Duffy, in the above-referenced action. My address is Pomerantz

19 LLP, 600 Third Avenue, 20th Floor, New York, New York 10016. My phone

20 number is 212-661-1100. I was admitted to practice in the Supreme Court for the

21

1  State of New York, Second Judicial Department on September 17, 2003. I will be

2  associated with Cliff Cantor, Esq., Law Offices of Clifford A. Cantor, P.C., 627

3  208th Avenue Southeast, Sammamish, Washington 98074, Phone: 425-868-7813.

4  My appearance is necessary because of my knowledge of the facts and law in this

5  case. I have no pending disciplinary sanction actions in any Court or Bar

6  Association. I have never been subject to any disciplinary sanctions by any Court or

7  Bar Association.

8

9  Dated: June 5, 2015                    Respectfully submitted,
   New York, New York

10

11                                               *s/ Jeremy A. Lieberman*
                                             Jeremy A. Lieberman
                                             POMERANTZ LLP

12                                             600 Third Avenue, 20th Floor
                                           New York, New York 10016

13                                             Phone: 212-661-1100
                                           Fax: 212-661-8665

14                                             Email: jalieberman@pomlaw.com

15

16

17

18

19

20

21

1  Cliff Cantor
   Law Offices of Clifford A. Cantor, P.C.
2  627 208th Ave. SE
   Sammamish, WA 98074
3  425-868-7813

4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7                       AT RICHLAND

8

9  PATRICK DUFFY, Individually and
   On Behalf of All Others Similarly
10 Situated,

11                            Plaintiff,         Case No. 4:15-cv-5046

12                v.                             CERTIFICATE OF SERVICE

13
   ISORAY, INC., DWIGHT
14 BABCOCK, and BRIEN RAGLE,

15                            Defendants.

16

17     I hereby certify that on June 5, 2015, I electronically filed the foregoing with

18 the Clerk of the Court using the CM/ECF System. I hereby certify that I caused the

19 foregoing document to be served by United States Postal Service first class mail,

20 postage prepaid, to the following non-CM/ECF participants:

21

CERTIFICATE OF SERVICE                          1
Case No. 4:15-cv-5046

IsoRay, Inc.
c/o Its Registered Agent, Dwight Babcock
350 Hills St #106
Richland, WA 99354

Dwight Babcock
350 Hills St #106
Richland, WA 99354

Brien Ragle
350 Hills St #106
Richland, WA 99354


Dated: June 5, 2015
Sammamish, Washington

Respectfully submitted,

*s/ Cliff Cantor*
Cliff Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
425-868-7813
Email: cliff.cantor@outlook.com

CERTIFICATE OF SERVICE
Case No. 4:15-cv-5046

2