1  Cliff Cantor
   LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
2  627 208th Ave. SE
   Sammamish, WA 98074
3  (425) 868-7813
4
5  [Proposed] Liaison Counsel For Plaintiffs

6                    UNITED STATES DISTRICT COURT
7                  EASTERN DISTRICT OF WASHINGTON
8                            AT RICHLAND
9

| | |
|---|---|
| 10  PATRICK DUFFY, individually and on behalf of all others similarly situated, | No. 15-cv-5046-LRS |
| 11                   Plaintiff, | **APPLICATION FOR LEAVE OF MATTHEW M. GUINEY** |
| 12         v. | **TO APPEAR PRO HAC VICE** |
| 13  ISORAY, INC., DWIGHT BABCOCK, and BRIEN RAGLE, | CLASS ACTION |
| 14 | |
| 15                   Defendants. | |
| 16 | |
| 17  JUDITH GREENBERG, individually and on behalf of all others similarly situated, | No. 15-cv-5047-LRS |
| 18 | |
| 19 | |
| 20                   Plaintiff, | |
| 21    v. | Sep. 4, 2015 |
| 22  ISORAY, INC., DWIGHT BABCOCK, and BRIEN RAGLE, | Without Oral Argument |
| 23                   Defendants. | |
| 24 | |

25       Pursuant to LCR 83.2(c) of the United States District Court for the Eastern

26  District of Washington, I, Matthew M. Guiney hereby apply for permission to

27

APP. FOR LEAVE TO APPEAR PRO HAC VICE
No. 15-cv-5046-LRS / -5047-LRS
                                       - 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1  appear and participate as counsel in the above-titled actions on behalf of proposed
2  lead plaintiffs Bogdan Ostrowski, Joseph Kavanagh, and Patrick McNamara.

3          The particular need for my appearance and participation is to represent the
4  proposed lead plaintiffs in this action.

5          I, Matthew M. Guiney, understand that I am charged with knowing and
6  complying with all applicable local rules;

7          I have not been disbarred or formally censured by a court of record or by a
8  state bar association; and there are no disciplinary proceedings against me.

9          I have associated with counsel admitted to practice in this Court:

10             Law Offices of Cliff Cantor
11             Cliff Cantor, WSBA # 17893
12             627 208th Ave. SE
               Sammamish, WA 98074
13             (425) 868-7813

14
15     I have been admitted to practice law in the following courts:
16             State of New York (November 2003) - State Bar No 4181210.
17             United States District Court for the Eastern District of New York
18                     (Aug. 17, 2004)
19             United States District Court for the Southern District of New York
20                     (Aug. 17, 2004)
21             United States District Court for the Eastern District of Michigan
22                     (Jun. 29, 2006)
23             United States District Court for the Eastern District of Wisconsin
24                     (May 24, 2007)
25             United States Court of Appeals for the Second Circuit
26                     (Nov. 1, 2011)

27          I declare under penalty of perjury that the foregoing is true and correct.

APP. FOR LEAVE TO APPEAR PRO HAC VICE
No. 15-cv-5046-LRS / -5047-LRS                - 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1   Dated:  Aug. 4, 2015          Respectfully submitted,

2
                                  s/ Matthew M. Guiney
3                                 Matthew M. Guiney
4                                 WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP
5                                 270 Madison Ave., 10th Floor
6                                 New York, NY 10016
                                  Tel:        212-545-4600
7                                 Fax:        212-545-4653
8                                 Email:      guiney@whafh.com

9                                 [Proposed] Co-Lead Counsel for the Class
10

11

12          **STATEMENT OF LOCAL COUNSEL**

13          I am authorized to and will be prepared to handle this matter, including trial,

14   in the event the applicant Matthew M. Guiney is unable to be present upon any

15   date assigned by the court.

16   Dated:  Aug. 4, 2015          Respectfully submitted,

17
                                  s/ Cliff Cantor
18                                Cliff Cantor, WSBA # 17893
19                                LAW OFFICES OF
                                     CLIFFORD A. CANTOR, P.C.
20                                627 208th Ave. SE
                                  Sammamish, WA 98074
21                                Tel:        (425) 868-7813
22                                Fax:        (425) 732-3752
                                  Email:      cliff.cantor@outlook.com
23

24                                [Proposed] Liaison Counsel for the Class

25

26

27

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1

2

Certificate of Service

3

I certify that, on the date stamped above, I caused this application and accompanying proposed order to be filed under No. 15-cv-5046-LRS with the

4

Clerk of the Court using the CM/ECF system, which will cause notification of

5

filing to emailed to all parties via their counsel of record.

6

s/ Cliff Cantor, WSBA # 17893

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

APP. FOR LEAVE TO APPEAR PRO HAC VICE

No. 15-cv-5046-LRS / -5047-LRS

- 4 -