1  Cliff Cantor
   LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
2  627 208th Ave. SE
3  Sammamish, WA 98074
   (425) 868-7813
4  *Proposed Liaison Counsel for Plaintiffs*

5           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WASHINGTON
6                     AT RICHLAND

7  | PATRICK DUFFY, individually and on behalf of all others similarly situated, | No. 15-cv-5046-LRS |
   | Plaintiff, | **APPLICATION FOR LEAVE OF RACHELE R. RICKERT TO APPEAR PRO HAC VICE** |
   | v. ISORAY, INC., *et al.*, Defendants. | |
   | JUDITH GREENBERG, individually and on behalf of all others similarly situated, | No. 15-cv-5047-LRS |
   | Plaintiff, v. ISORAY, INC., *et al.*, Defendants. | |
   | JOSEPH BOURBAKI, individually and on behalf of all others similarly situated, | No. 15-cv-5076-LRS |
   | Plaintiff, v. ISORAY, INC., *et al.*, Defendants. | CLASS ACTIONS<br><br>DEMANDS FOR JURY TRIAL<br><br>Sep. 10, 2015<br>Without Oral Argument |

1  Pursuant to LR 83.2(c) of this District, I, Rachele R. Rickert, hereby apply
2  for permission to appear and participate as counsel in the above-titled actions on
3  behalf of proposed lead plaintiffs Bogdan Ostrowski, Joseph Kavanagh, and
4  Patrick McNamara.

5  The particular need for my appearance and participation is to represent the
6  proposed lead plaintiffs in this action.

7  I understand that I am charged with knowing and complying with all
8  applicable local rules.

9  I have not been disbarred or formally censured by a court of record or by a
10  state bar association; and there are no disciplinary proceedings against me.

11  I have associated with counsel admitted to practice in this Court:

12  Law Offices of Clifford A. Cantor, P.C.
    Cliff Cantor, WSBA # 17893
13  627 208th Ave. SE
    Sammamish, WA 98074
14  (425) 868-7813

15  I have been admitted to practice law in the following courts:

16  • California Supreme Court (December 4, 1997).

17  • United States District Court for the Northern District of California
18    (July 2, 2002).

19  • United States District Court for the Central District of California
20    (Oct. 10, 2001).

- United States District Court for the Southern District of California (Oct. 10, 2001).

- United States District Court for the Eastern District of California (Feb. 25, 2015).

- United States Court of Appeals for the Ninth Circuit (January 26, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Dated Aug. 10, 2015

Respectfully submitted,

*[signature: Rachele R. Rickert]*

Rachele R. Rickert
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA
Tel.: (619) 239-4599
Fax: (619) 234-4599
Email: rickert@whahf.com

*[Proposed] Co-Lead Counsel for the Class*

## STATEMENT OF LOCAL COUNSEL

I am authorized to and will be prepared to handle this matter, including trial, in the event the applicant Rachele R. Rickert is unable to be present upon any date assigned by the court.

Dated Aug. 10, 2015              Respectfully submitted,

1

          <u>s/ Cliff Cantor</u>
Cliff Cantor, WSBA #17893
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
Email: cliff.cantor@outlook.com

*[Proposed] Liaison Counsel for the Class*

### Certificate of Service

I certify that, on the date stamped above, I caused this application to be filed with the Clerk of the Court using the CM/ECF system, which will cause notification of filing to emailed to all parties via their counsel of record.

          s/ Cliff Cantor, WSBA # 17893