THE SCOTT LAW GROUP, P.S.
Darrell W. Scott, WSBA # 20241
scottgroup@me.com
Andrew S. Biviano, WSBA #38086
andrewbiviano@me.com
926 West Sprague Avenue, Suite 680
Spokane, WA 99201
Ph: (509) 455-3966

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PATRICK DUFFY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ISORAY, INC., DWIGHT BABCOK, and BRIEN RAGLE,

Defendants.

NO. 4:15-cv-5046

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE

**WITHOUT ORAL ARGUMENT**

August 14, 2015 at 6:30 p.m.

    Joy A. Kruse (the "Applicant") hereby moves the Court to enter an order permitting her to participate in this case *Pro Hac Vice* as counsel for Movants Hana Sakamoto and James Ewing, pursuant to Local Rule 83.2(c). In support of this Motion, the Applicant states as follows:

    1.    The Applicant is a partner in the law firm of Lieff Cabraser Heimann & Bernstein, Attorneys at Law, LLP, in San Francisco, California.

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1

2.  The Applicant is a member in good standing of the bars of several United States federal courts and the highest state courts of California.

3.  The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

a)  The Applicant's address and telephone number are of Lieff Cabraser Heimann & Bernstein, Attorneys at Law, LLP, 275 Battery St., 29th Floor, San Francisco, CA 94111 telephone (415) 956-1000 ; facsimile (415) 956-1008; email: jakruse@lchb.com.

b)  The dates of admission to practice before other courts are listed below:

| | | |
|---|---|---|
| District of Columbia Bar | 1984 | The District of Columbia Bar<br>1101 K Street, NW Suite 200<br>Washington, DC 20005 |
| District of Columbia Court of Appeals | 1984 | District of Columbia Court of Appeals<br>Committee on Admissions<br>430 E. St. NW, Room 123<br>Washington, D.C. 20001 |
| The State Bar of California | 1989 | The State Bar of California<br>180 Howard St.<br>San Francisco, CA 94105 |
| California Supreme Court | 1989 | California Supreme Court<br>350 McAllister St., Rm 1295<br>San Francisco, CA 94102 |

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1

| Court | Year | Address |
|---|---|---|
| U.S. District Court, Northern District of California | 1989 | U.S. District Court, Northern District of California<br><br>Phillip Burton Federal Building & United States Courthouse<br><br>Clerk's Office, 16th Floor<br><br>450 Golden Gate Avenue<br><br>San Francisco, CA 94102 |
| U.S. Court of Appeals, Ninth Circuit | 1989 | U.S. Court of Appeals, Ninth Circuit<br>The James R. Browning Courthouse<br><br>95 7th Street<br><br>San Francisco, CA 94103 |
| U.S. Court of Appeals, Federal Circuit | 1992 | Clerk of Court, U.S. Court of Appeals for the Federal Circuit<br><br>717 Madison Place, NW<br><br>Washington, DC 20439 |
| U.S. Supreme Court | 1994 | U.S. Supreme Court<br><br>Clerk, Supreme Court of the U.S.<br><br>ATTN: Admissions Office<br><br>One First Street, NE<br><br>Washington, DC 20543 |
| U.S. District Court, Eastern District of California | 1997 | U.S. District Court, Eastern District of California<br><br>Robert T. Matsui Federal Courthouse<br><br>501 I Street, Room 4-200<br><br>Sacramento, CA 95814 |
| U.S. District Court, Eastern District of Wisconsin | 2001 | United States District Court, Eastern District of Wisconsin<br><br>517 East Wisconsin Avenue, Room 362<br><br>Milwaukee, WI 53202 |

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE 3

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1

| U.S. District Court, Central District of California | 2006 | U.S. District Court, Central District of California<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |
|---|---|---|
| U.S. District Court, District of Colorado | 2006 | U.S. District Court, District of Colorado<br>Alfred A. Arraj Courthouse<br>901 19th Street<br>Denver, CO 80294 |
| U.S. Court of Appeals, Second Circuit | 2011 | Clerk of Court, U.S. Court of Appeals for the Second Circuit<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 |

      c)      The name, address and telephone number of admitted counsel with whom the Applicant will be associated are: Darrell W. Scott and Andrew S. Biviano of The Scott Law Group, P.S., 926 W. Sprague Avenue, Suite 680, Spokane, Washington, 99201; telephone (509) 455-3966; facsimile (509) 455-3906; email scottgroup@me.com; darrellscott@me.com; andrewbiviano@me.com.

      d)      The Applicant's appearance is necessary because Movants have retained her in this action.

      e)      There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE 4

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4. The Applicant understands that if she is admitted *Pro Hac Vice* she will be subject to the disciplinary jurisdiction of this Court.

5. The Applicant is familiar with the facts, issues and documents associated with this case.

6. The Applicant is familiar with the local rules of this Court.

WHEREFORE, Joy A. Kruse respectfully requests that the Court enter an order granting his admission *Pro Hac Vice* during the pendency of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 13, 2015

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: ___/s/ Joy A. Kruse___
Joy A. Kruse, Esq.

LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000
Facsimile: (415) 956-1008
E-mail: jakruse@lchb.com

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY
A. KRUSE  5

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1

## STATEMENT OF LOCAL COUNSEL

I, Andrew S. Biviano, state that Darrell W. Scott and I are co-counsel for Movants Hana Sakamoto and James Ewing in this matter. We will participate in a meaningful manner in preparation and trial of this case and we are authorized and will be prepared to handle this matter, including trial, in the event that the Applicant Joy A. Kruse is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED this 13th day of August, 2015.

THE SCOTT LAW GROUP, P.S.

By: *(signature)* Andrew Biviano
Darrell W. Scott, WSBA #20241
scottgroup@me.com
Andrew S. Biviano, WSBA #38086
andrewbiviano@me.com
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
Tel: (509) 455-3966
Fax: (509) 455-3906

*Attorneys for Movants Hana Sakamoto and James Ewing*

MOTION FOR ADMISSION *PRO HAC VICE* OF JOY A. KRUSE 6

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

1269371.1