1  Cliff Cantor
   LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
2  627 208th Ave. SE
   Sammamish, WA 98074
3  (425) 868-7813

4  Liaison Counsel For Plaintiffs

5  UNITED STATES DISTRICT COURT

6  EASTERN DISTRICT OF WASHINGTON

   AT RICHLAND

| In re IsoRay, Inc. Securities Litigation | Mater File No. 15-cv-5046-LRS |
|---|---|
|  | **APPLICATION FOR LEAVE OF SARA FUKS TO APPEAR PRO HAC VICE** |
| This document relates to: all actions | Without Oral Argument<br>Sep. 21, 2015 |
|  | CLASS ACTION<br>DEMAND FOR JURY TRIAL |

14    Pursuant to LR 83.2(c) of this District, I, Sara Fuks, hereby apply for

15 permission to appear and participate as counsel in this action on behalf of lead

16 plaintiffs Bogdan Ostrowski, Joseph Kavanagh, and Patrick McNamara.

17    The particular need for my appearance and participation is to represent the

18 lead plaintiffs in this action.

19    I understand that I am charged with knowing and complying with all

20 applicable local rules.

APP. FOR LEAVE TO APPEAR PRO HAC VICE
Master File No. 15-cv-5046-LRS
- 1 -
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no disciplinary proceedings against me.

2. I have associated with counsel admitted to practice in this Court:

>Law Offices of Clifford A. Cantor, P.C.
>Cliff Cantor, WSBA # 17893
>627 208th Ave. SE
>Sammamish, WA 98074
>(425) 868-7813

3. I have been admitted to practice law in the following courts:

>State of New York (October 2005) - State Bar No 4353249.
>
>United States District Court for the Eastern District of New York (February 2006)
>
>United States District Court for the Southern District of New York (February 2006)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 18, 2015

Respectfully submitted,

*/s/ Sara Fuks*

Sara Fuks
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 34th Fl.
New York, NY 10016
Tel:   212-686-1060
Email:   sfuks@rosenlegal.com

Co-Lead Counsel for the Class

APP. FOR LEAVE TO APPEAR PRO HAC VICE
Master File No. 15-cv-5046-LRS

- 2 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

## STATEMENT OF LOCAL COUNSEL

I am authorized to and will be prepared to handle this matter, including trial, in the event the applicant Sara Fuks is unable to be present upon any date assigned by the court.

Dated: Aug. 18, 2015        Respectfully submitted,

   s/ Cliff Cantor
Cliff Cantor, WSBA # 17893
LAW OFFICES OF
  CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:        (425) 868-7813
Fax:        (425) 732-3752
Email:      cliff.cantor@outlook.com

Liaison Counsel for the Class

APP. FOR LEAVE TO APPEAR PRO HAC VICE
Master File No. 15-cv-5046-LRS

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

## Certificate of Service

I certify that, on the date stamped above, I caused this application and accompanying proposed order to be filed using the CM/ECF system, which will cause notification of filing to emailed to all parties via their counsel of record.

s/ Cliff Cantor, WSBA # 17893

APP. FOR LEAVE TO APPEAR PRO HAC VICE
Master File No. 15-cv-5046-LRS
- 4 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752