1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  John C. Roberts Jr., WSBA #44945
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA  98104-7036
   Telephone:  (206) 883-2500
5  Facsimile:   (206) 883-2699
   Email:  bkaplan@wsgr.com
6  Email:  gwatts@wsgr.com
   Email:  jroberts@wsgr.com
7
   Attorneys for Defendants
8  IsoRay, Inc. and Dwight Babcock

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2016

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| In re IsoRay, Inc. Securities Litigation | Master File No.  15-cv-5046-LRS |
|---|---|
| | **PROTECTIVE ORDER** |
| This document relates to: | CLASS ACTION |
| All Actions | |

PROTECTIVE ORDER
Master File No. 15-cv-5046-LRS

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Before the Court is the parties' Stipulated Protective Order ("Order"), filed concurrently herewith. The Court has considered the parties' Order, and for good cause pursuant to Federal Rules of Procedure 26(c) and 29, the Stipulated Order is APPROVED and the parties are ordered to abide by the terms set forth in the Stipulated Order.

IT IS SO ORDERED.

Dated this 2nd day of August, 2016.

*s/Lonny R. Suko*

Lonny R. Suko
SENIOR U. S. DISTRICT COURT JUDGE

Presented by:

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com

*Attorneys for Defendants IsoRay, Inc.
and Dwight Babcock*

PROTECTIVE ORDER
Master File No. 15-cv-5046-LRS    -1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699