Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
(425) 868-7813

*Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re IsoRay, Inc. Securities Litigation | Master File No. 4:15-cv-5046-LRS<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTIFF AWARDS**<br><br>March 7, 2017<br>With Oral Argument 10:30 a.m.<br>Yakima Courthouse |
| This document relates to:<br>All actions | |

This matter is before the Court on plaintiffs' motion for an award of attorneys' fees, reimbursement of expenses, and awards to lead plaintiffs and named plaintiffs ("fee motion"). The fee motion is in connection with final approval of the proposed settlement of this consolidated action, which the Court has granted.

The Court previously appointed as co-lead counsel The Rosen Law Firm, P.A. and Wolf Haldenstein Adler Freeman & Herz LLP, and appointed as liaison counsel

ORDER GRANTING PLS.' MOT. FOR
FEES, EXPENSES, AND PL. AWARDS
No. 4:15-cv-5046-LRS

- 1-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

Law Offices of Clifford A. Cantor P.C. (collectively "Plaintiffs' Counsel"). In the fee motion, they petition the Court for awards as follows:

(i)    attorneys' fees as compensation for professional legal services provided to Plaintiffs and the Class,

(ii)    reimbursement of expenses incurred in connection with the prosecution of this action, and

(iii)    awards to the Plaintiffs, totaling $15,000,

all to be paid out of the Settlement Fund established pursuant to the Settlement.

The Court has reviewed the fee motion and the supporting, opposing, and all related materials on file, and has heard the presentation made during the final approval hearing, and has given due consideration to the issues presented.

Now, therefore, the Court hereby ORDERS as follows:

1.    The fee motion is GRANTED.

2.    Plaintiffs' Counsel are awarded $1,061,250, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment. The Court finds and concludes, for the reasons given in the fee motion and supporting materials, that $1,061,250, which is 30% of the common fund, represents a reasonable attorneys' fee in this action. Conducting a lodestar cross-check, the Court also finds and concludes, for the reasons given in the fee motion and supporting materials, that Plaintiffs' Counsel conducted this litigation efficiently and without substantial duplication of efforts; and the resulting lodestar multipliers of 1.48 (using counsel's prevailing market rates) or 1.77 (capping their rates at Seattle-area rates used by Judge Pechman in *In re Washington*

ORDER GRANTING PLS.' MOT. FOR
FEES, EXPENSES, AND PL. AWARDS        - 2-
No. 4:15-cv-5046-LRS

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

*Mut. Sec. Litig.*, No. 08-1919, 2011 WL 8190466, *1 (W.D. Wa. Nov. 4, 2011)) are each reasonable and within the range of multipliers often awarded in securities cases such as this.

3.    Plaintiffs' Counsel are awarded reimbursement of expenses in the amount of $29,296.98, to be paid out of the Settlement Fund. The Court finds and concludes, for the reasons given in the fee motion and supporting materials, that these expenses were reasonably and necessarily incurred in the prosecution of this action, are adequately documented, and are of the types of expenses that are customarily reimbursed in securities cases such as this.

4.    Except as otherwise provided herein, the attorneys' fees and reimbursement of expenses shall be paid in the manner and procedure provided for in Stipulation and Agreement of Settlement filed September 23, 2016 (ECF No. 86-1 at pp. 18-19).

5.    Lead Plaintiffs Bodgan Ostrowski, Joseph Kavanaugh and Patrick McNamara are awarded $4,000 each, and named plaintiffs Timothy Yuen and JM Zulueta are awarded $1,500 each. The Court finds and concludes, for the reasons given in the fee motion and supporting materials, that these awards are appropriate as incentive awards and as reimbursement for their lost time in connection with their prosecution of this action.

6.    In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court also finds and concludes as follows:

(a)    the Settlement has created a fund of $3,537,500 in cash, plus interest to be earned thereon, and Class members who file timely and valid claims will benefit from the Settlement created by Plaintiffs' Counsel;

ORDER GRANTING PLS.' MOT. FOR
FEES, EXPENSES, AND PL. AWARDS        - 3-
No. 4:15-cv-5046-LRS

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1    (b)    over 12,265 copies of the Notice were disseminated to putative class

2   members indicating that at the March 7, 2017 final approval hearing, Plaintiffs'

3   Counsel intended to seek a fee of up to 30% of the Settlement Fund in attorneys'

4   fees, and reimbursement of their litigation expenses in an amount not to exceed

5   $50,000;

6    (c)    the Summary Notice was published electronically on *Globe Newswire*

7   and in print in the *Investor's Business Daily* as required by the Court, no objections

8   have been filed against either the terms of the proposed Settlement or the ceiling on

9   fees and expenses to be requested by Plaintiffs' Counsel;

10    (d)    Plaintiffs' Counsel have conducted this litigation and achieved the

11   Settlement;

12    (e)    the litigation of this Action involved complex factual and legal issues

13   and was actively prosecuted since its filing, and in the absence of a Settlement, the

14   Action would have continued to involve complex factual and legal questions;

15    (f)    if Plaintiffs' Counsel had not achieved the Settlement, there was a risk

16   of either a smaller or no recovery;

17    (g)    Plaintiffs' Counsel have devoted over 1,153.89 hours of professional

18   time to the prosecution of this action, with a lodestar value of $715,791.50 to achieve

19   the Settlement;

20    (h)    the amount of attorneys' fees awarded and expenses reimbursed from

21   the Settlement Fund are consistent with the awards in similar cases, and

22    (g)    the justification for these awards given in the fee motion and supporting

23   materials is well-taken.

ORDER GRANTING PLS.' MOT. FOR
FEES, EXPENSES, AND PL. AWARDS   - 4 -
No. 4:15-cv-5046-LRS

LAW OFFICES OF
**CLIFFORD A. CANTOR, P.C.**
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

Dated _____, 2017

     SO ORDERED.


                   _____
                   HON. LONNY R. SUKO
                   UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will cause notification of filing to be emailed to all parties via their counsel of record.

s/ Cliff Cantor, WSBA # 17893

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752