# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In re IsoRay, Inc. Securities Litigation

|  |  |
|---|---|
| *Plaintiff* | ) ) |
| v. | ) |
| This document relates to: | ) |
| All Actions | ) ) |
|  | ) |
| *Defendant* |  |

Civil Action No. 4:15-CV-5046-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiffs and Settlement Class Members pursuant to Order and Final Judgment at ECF No. 95.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko .

Date: March 7, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer